Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David B. Triemert, Hospitality Contractors of Minnesota, LLC
was received by me on *(date)* 8-17-2011 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pat Raddatz , who is
designated by law to accept service of process on behalf of *(name of organization)*
James Schug on *(date)* 8-17-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Summons + Complaint
Served at Washington County Govt. Center

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-17-2011

Server's signature

State of Minnesota    County of Washington
On this 17th Day of August, 2011,
Before me appeared Richard Allan Haug

Notary Public Signature

Richard Allan Haug
Printed name and title
Process Server

100 Thompson Ave W
Server's address

Additional information regarding attempted service, etc:

ROBYN CHRISTINE CICCHESE
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

RECEIVED
BY MAIL
AUG 19 2011
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
AUG 19 2011
U.S. DISTRICT COURT ST. PAUL

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RECEIVED BY MAIL AUG 19 2011

This summons for *(name of individual and title, if any)* David B. Triemert, Hospitality Contractors of Minnesota, LLC

was received by me on *(date)* 8-17-2001 .

☐ I personally served the summons on the individual at *(place)* CLERK, U.S. DISTRICT COURT ST. PAUL, MN
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pat Raddatz , who is designated by law to accept service of process on behalf of *(name of organization)* Washington County on *(date)* 8-17-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Summons + Complaint Served at Washington County Govt. Center

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-17-2011

State of Minnesota County of Washington
On this 17th Day of August, 20 11,
Before me appeared Richard Alan Haug

*Notary Public Signature*

*Server's signature*

Richard A Haug
*Printed name and title* Process Server

100 Thompson Ave W
*Server's address*

ROBYN CHRISTINE CICCHESE
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David B. Triemert, Hospitality Contractors of Minnesota, LLC
was received by me on *(date)* 8-17-2011.

RECEIVED BY MAIL
AUG 19 2011
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kim Shelafoe, who is designated by law to accept service of process on behalf of *(name of organization)*
William Hutton on *(date)* 8-17-2011; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* Summons + Complaint Served at Washington County Sheriff's Office.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8-17-2011

*Server's signature*

Richard Allan Haug
*Printed name and title* Process Server

100 Thompson Ave W
*Server's address*

State of Minnesota  County of Washington
On this 17th Day of August, 2011,
Before me appeared Richard Allan Haug

*Notary Public Signature*

Additional information regarding attempted service, etc:


ROBYN CHRISTINE CICCHESE
Notary Public-Minnesota
My Commission Expires Jan 31, 2015



**RECEIVED BY MAIL**
AUG 19 2011
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Civil Division
Suite 100
Federal Courthouse
316 N. Robert St.
St. Paul, MN 55101



Triemert
3965 Lake Elmo Ave.
Lake Elmo, MN 55042