UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David B. Triemert and Hospitality Contractors of Minnesota, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>Washington County,<br>William Hutton and James Schug,<br><br>        Defendants. | 11-CV-2351 RHK/FLN<br><br><br><br><br>**MOTION TO DISMISS** |

---

Defendants move the Court to dismiss Plaintiffs' complaint for failure to state a claim upon which relief can be granted and for a company appearing *pro se*. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6), and is based upon the files, records, memorandum of law and proceedings that will be submitted in accordance with the Federal Rules of Civil Procedure.

                                                    CARLSON & ASSOCIATES, LTD.

Dated: August 23, 2011            By /s/ Nigel H. Mendez
                                                       Nigel H. Mendez
                                                       Atty. Reg. No. 0347917

                                                       1052 Centerville Circle
                                                       Vadnais Heights, MN 55127
                                                       Telephone: (651) 287-8640
                                                       Fax : (651) 287-8659
                                                       nmendez@carlsonassoc.com

                                            ATTORNEYS FOR DEFENDANTS