## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2011, I caused the following documents:

    Motion to Dismiss
    Notice of Hearing on Motion to Dismiss Claims

to be filed electronically with the Clerk of Court through ECF.  I further certify that on August 24, 2011, I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participants:

    David B. Triemert
    2965 Lake Elmo Avenue, N
    Lake Elmo, MN 55042

    Hospitality Contractors of Minnesota, LLC
    c/o David B. Triemert
    2965 Lake Elmo Avenue, N
    Lake Elmo, MN 55042

A copy of the Notice of Electronic Filing was mailed to the above non-ECF participants on August 24, 2011.

Dated: August 24, 2011                             /s/ Nigel H. Mendez
                                                                  Nigel H. Mendez