RECEIVED
11 SEP 21 AM 9: 14
CLERK U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David B. Triemert,<br>Hospitality Contractors<br>of Minnesota, LLC, | Case # 11-CV-2351 RHK |
| Plaintiff(s), | |
| | **NOTICE OF HEARING<br>ON MOTION TO DISQUALIFY<br>DEFENDANT'S COUNSEL** |
| Washington County (of Minnesota),<br>William Hutton, James Schug, | |
| Defendant(s). | |
| _____/ | |

## NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that Plaintiffs motion to disqualify defendant's counsel will be heard on **October 27th, 2011, at 8:00 a.m.** at the U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Room 7-A. All documents regarding this matter are being provided to the Court and the parties along with this Notice of Hearing.

SCANNED
SEP 21 2011
U.S. DISTRICT COURT ST. PAUL

Dated September 19, 2011

*[signature: David Triemert]*

By David B. Triemert
(individually and as owner of
Hospitality Contractors of Minnesota, LLC)
2965 Lake Elmo Ave. N.
Lake Elmo, MN 55042
651 248-7725