

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| David B. Triemert,<br>Hospitality Contractors<br>of Minnesota, LLC, | Case No. 11-CV-2351 RHK |
| Plaintiff(s), | |
| | **VERIFICATION OF MOTION TO DISQUALIFY DEFENDANT'S COUNSEL AND MEMORANDUM OF LAW** |
| v. | |
| Washington County (of Minnesota),<br>William Hutton,<br>James Schug, | |
| Defendant(s). | |

_____/

## VERIFICATION OF MOTION AND MEMORANDUM

BEFORE ME personally appeared David B. Triemert who, being by me first duly sworn and identified in accordance with Minnesota law, deposes and says:

SCANNED
SEP 2 1 2011
U.S. DISTRICT COURT ST. PAUL

1. My name is David B. Triemert, Plaintiff in the above matter.

2. I have read and understand the attached foregoing Motion and Memorandum filed herein, and each fact alleged or statement made therein is true and correct of my own personal knowledge.

The above I do affirm and swear to under penalty of perjury:

FURTHER THE AFFIANT SAYETH NAUGHT.

Respectfully submitted this 20th day of September, 2011

David B. Triemert, Affiant
2965 Lake Elmo Avenue North
Lake Elmo, MN 55042
651 248-7725

SWORN TO and subscribed before me this 20TH day of September, 2011.

Notary Public

My commission expires: JAN 31, 2015



CAROL AMMERMANN
Notary Public-Minnesota
My Commission Expires Jan 31, 2015