# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

*RECEIVED SEP 21 AM 9:18 CLERK, U.S. DIST. COURT ST. PAUL, MN*

| | |
|---|---|
| David B. Triemert,<br>Hospitality Contractors<br>of Minnesota, LLC, | Case # 11-CV-2351 RHK |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| Washington County (of Minnesota),<br>William Hutton, James Schug, | |
| Defendant(s). | |

## Certificate of Service

UNDER PENALTY OF PERJURY, I, David B. Triemert, hereby certify that on September 21, 2011, I caused the following document(s):

**NOTICE OF EXISTING AUTHORIZATION TO REPRESENT ALL LEGAL AND FINANCIAL MATTERS AND INTERESTS OF COMPANY**

to be filed with the Clerk of Court and that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following participants:

Nigel H. Mendez

Carlson & Associates, LTD
1052 Centerville Circle
Vadnais Heights, MN 55127
(Attorneys for Defendants)

Respectfully submitted this 21st day of September, 2011

*/s/ David Triemert*

David B. Triemert, individually,
and as owner of Hospitality Contractors
of Minnesota, LLC
2965 Lake Elmo Avenue North
Lake Elmo, MN 55042
651 248-7725

STATE OF MINNESOTA
COUNTY OF Ramsey

BEFORE ME personally appeared David B. Triemert who, being by me first duly sworn and identified in accordance with Minnesota law, did execute the foregoing in my presence this 21st day of September, 2011.

_____
Notary Public

My commission expires: January 31, 2013.

(Stamp)

BETHANY N. IMDIEKE
Notary Public-Minnesota
My Commission Expires Jan 31, 2013