# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

*RECEIVED 2011 SEP 21 AM 9:15 CLERK, U.S. DIST. COURT ST. PAUL, MN*

| | |
|---|---|
| David B. Triemert,<br>Hospitality Contractors<br>of Minnesota, LLC, | Case No. 11-CV-2351 RHK |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | |
| Washington County (of Minnesota),<br>William Hutton,<br>James Schug, | |
| Defendant(s). | |

_____/

## Certificate of Service

UNDER PENALTY OF PERJURY, I, David B. Triemert, hereby certify that on

September 21, 2011, I caused the following documents:

1. MOTION TO DISQUALIFY DEFENDANT'S COUNSEL
2. MEMORANDUM OF LAW
3. CERTIFICATE OF COMPLIANCE WITH RULE L.R. 7.1
4. VERIFICATION OF MOTION AND MEMORANDUM
5. AFFIDAVIT FOR ATTACHED EXHIBITS (5) (A thru E)
6. CERTIFICATE OF SERVICE
7. ORDER
8. NOTICE OF HEARING

*SCANNED SEP 21 2011 U.S. DISTRICT COURT ST. PAUL*

to be filed with the Clerk of Court and that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following participants:

>Nigel H. Mendez
>Carlson & Associates, LTD
>1052 Centerville Circle
>Vadnais Heights, MN 55127
>(Attorneys for Defendants)

Respectfully submitted this 20th day of September, 2011

David B. Triemert, individually,
and as owner of Hospitality Contractors
of Minnesota, LLC
2965 Lake Elmo Avenue North
Lake Elmo, MN 55042
651 248-7725

STATE OF MINNESOTA
COUNTY OF WASHINGTON

BEFORE ME personally appeared David B. Triemert who, being by me first duly sworn and identified in accordance with Minnesota law, did execute the foregoing in my presence this 20th day of September, 2011.

Notary Public

My commission expires: Jan. 31, 2015.



CAROL AMMERMANN
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

2