✎ AO 456 (Rev. 5/85)  Notice

### UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

David B. Triemert et al.

**NOTICE**

V.

Washington County, et al.

CASE          CV 11-2351 RHK/FLN

TYPE OF CASE:

☒ **CIVIL**          ☐ **CRIMINAL**

☒   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street  Minneapolis, Mn 55415 | COURTROOM 9W |
|  | DATE AND TIME  **October 11, 2011 at 10:00 a.m.** |

TYPE OF PROCEEDING

Hearing on Plaintifffs' motion to disqualify [#12]

☐   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis |  |  |

Franklin L. Noel
United States Magistrate Judge

September 23, 2011

s/ Cathy Orlando, Judicial Assistant

DATE

(BY) DEPUTY CLERK

TO:      Plaintiff appearing *pro se*

Nigel H. Mendez, Esq.
Carlson & Associates