AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

David B. Triemert et al.

**NOTICE**

V.

Washington County et al.

CASE    CV 11-2351 RHK/FLN

TYPE OF CASE:

☒ **CIVIL**    ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street Minneapolis, Mn 55415 | |
| | DATE AND TIME |

TYPE OF PROCEEDING

Hearing on motion to disqualify [#12]

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | October 11, 2011-10:00 am | October 13, 2011, at 3:00 p.m. |

　　　　　　　　　　　　　　　　　　　　　Franklin L. Noel
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

October 10, 2011　　　　　　　　　　　　s/ Cathy Orlando, Judicial Assistant
DATE　　　　　　　　　　　　　　　　　　(BY) DEPUTY CLERK

TO:   David B. Triemert, appearing *pro se*

　　　Nigel H. Mendez, Esq.
　　　Carlson & Associates