# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| David B. Triemert, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Franklin L. Noel |
| v. | U.S. Magistrate Judge, Courtroom 9W |
| Washington County, et al., | |
| Defendants. | |

| | |
|---|---|
| Civil Case No.: | 11-2351 (RHK/FLN) |
| Date: | October 13, 2011 |
| Court Reporter: | n/a |
| Time Commenced: | 2:54 p.m. |
| Time Concluded: | 2:59 p.m. |
| Time in Court: | 0 Hours & 5 Minutes |

APPEARANCES:

  For Plaintiff:     David B. Triemert, *pro se*
  For Defendants:   Nigel H. Mendez

Motion taken under advisement at hearing:   **Motion to Disqualify Defendant's Counsel [#12]**

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

                                                                                                  s/AFE
                                                                                Signature of Law Clerk