UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David B. Triemert, et al., | Civil No. 11-2351 (RHK/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| Washington County, et al., | |
| Defendants, | |

David B. Triemert, Plaintiff *pro se*.
Nigel H. Mendez for Defendants.

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 13, 2011 on Plaintiff's Motion to Disqualify Defendants' Counsel (ECF No. 12). This motion was referred to the undersigned pursuant to 28 U.S.C. § 636(b) and Local Rule 7.1(a). (*See* ECF No. 20.)[1] Plaintiff has not made any showing that Defendants' counsel committed misconduct or that counsel's continued representation of Defendants poses a conflict of interest. Based upon the foregoing and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Disqualify Defendants' Counsel (ECF No. 12) is **DENIED**.

DATED: October 18, 2011                           *s/ Franklin L. Noel*
                                                   FRANKLIN L. NOEL
                                                   United States Magistrate Judge

---

[1] Following District Judge Richard H. Kyle's order referring this motion to the undersigned, the Court received a letter from Mr. Triemert, dated October 10, 2011, reasserting his objection to the undersigned hearing this motion. As stated by Judge Kyle in his prior order, the undersigned magistrate judge has the power to hear and determine this nondispositive motion pursuant to 28 U.S.C. § 636(b) and Local Rule 72.1(a). The Court has therefore determined that it need not take any action in regard to Mr. Triemert's letter.