## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David B. Triemert and Hospitality Contractors
of Minnesota, LLC,

                    Plaintiffs,

                                        Civ. No. 11-2351 (RHK/FLN)
                                        **ORDER**

v.

Washington County, William Hutton, and
James Schug,

                    Defendants.

---

     By Order dated November 14, 2011, the Court granted Defendants' Motion to Dismiss due to Plaintiffs' lack of standing. Plaintiffs now move the Court for a "new trial" (Doc. No. 43), but no trial was held in this case. Rather, the Court construes Plaintiffs' Motion as a motion for leave to file a motion for reconsideration under Local Rule 7.1(h) and/or a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). Yet, Plaintiffs raise no new arguments or offer any new evidence demonstrating that they have standing. They simply disagree with the Court's prior ruling, an improper basis for either reconsideration or relief from judgment. They also argue that they should have been permitted to amend their Complaint, but such an amendment cannot cure their lack of standing. Lastly, they argue that "granting legal fees against [them] in this case" is improper, but there has been no fee award. Accordingly, Plaintiffs' Motion is **DENIED**.

Dated: December 14, 2011                    s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge